IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GENERAL GRANT BELL,

    Petitioner,

vs.                                          CASE NO. 5:07cv56/RS-AK

JAMES MCDONOUGH,

    Respondent.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 22). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's Petition For Writ of Habeas Corpus (Doc. 1) is **denied**.

3. This case is dismissed without prejudice.

4. The clerk is directed to close the file.

**ORDERED** on September 4, 2008.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**